DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DEBRA BISHOPP,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0560

————————————————

February 25, 2026

Appeal from the Circuit Court for Sarasota County; Donna Padar, Judge.

Julia Newton of Ruhl Law, P.A., Port Charlotte, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.